IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MILTON THOMAS,

    Plaintiff,

v.

CLIFTON HEIGHTS POLICE DEPARTMENT
and AAA MID-ATLANTIC CORPORATE
OFFICES,

    Defendants.

CIVIL ACTION
NO. 13-1086

**ORDER**

AND NOW, this 17th day of September, 2013, upon consideration of Defendant's Motion to Dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6) (Docket No. 8), as well as Plaintiff's failure to respond, it is hereby ORDERED that Plaintiff's Amended Complaint is DISMISSED as to Defendant, Clifton Heights Police Department.

BY THE COURT:

_/s/ Jeffrey L. Schmehl_
Jeffrey L. Schmehl, J.